IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

Robert Cross,

    Plaintiff,

vs.

ARP-GOLD-64 Bypass at Durkee
Road LLC d/b/a Circle K Store, RI TN
2, LLC d/b/a Circle K Store and
Sullivan Commercial Painting, Inc.,

    Defendants.

CASE NO.: 3:21-CV-00048
Thomas A. Varlan
JURY DEMAND

## NOTICE OF VOLUNTARY DISMISSAL

Comes Plaintiff Robert Cross and hereby gives notice of voluntary dismissal without prejudice of Defendant Sullivan Commercial Painting, Inc. All other Defendants in the above-entitled action have already been dismissed therefrom.

Accordingly, Plaintiff Robert Cross stipulates that this cause be dismissed, with each party bearing its own attorneys' fees and costs, and respectfully request this Court enter an order consistent with this Notice.

This the 5th day of May, 2023.

    Respectfully submitted,

    LOGAN-THOMPSON, P.C.

    */s/ Matthew G. Coleman*
    MATTHEW G. COLEMAN, 025424
    Post Office Box 191
    Cleveland, Tennessee 37364-0191
    Phone: (423) 476-2251
    Facsimile: (423) 472-0211

Email: mcoleman@loganthompsonlaw.com

ATTORNEY FOR ROBERT CROSS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

        Sullivan Commercial Painting, Inc.
        42 N Federal Street
        Lynn, Massachusetts 01905
        *Pro Se* Defendant

This the 5th day of May, 2023.

_____
MATTHEW G. COLEMAN